UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN W. TOWER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-5421 RBL-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before December 14, 2010;

- Plaintiff shall file the optional Reply Brief on or before December 28, 2010; and

- Oral argument, if desired, shall be requested by January 4, 2011.

DATED this 19th day of October 2010.

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:10-CV-5421 RBL-JRC]