# United States District Court

## WESTERN DISTRICT OF WASHINGTON

STEVEN W. TOWER,

v.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-5421-RBL-JRC

MICHAEL J. ASTRUE, Commissioner of
Social Security,

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried
and the jury has rendered its verdict.

\_X\_\_    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have
been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    The matter is therefore REVERSED and REMANDED to the administration for
further consideration.


_____December 21, 2010_____        _____WILLIAM M. McCOOL_____
Date                                                          Clerk


*s/ Mary Trent*_____
                                                          Deputy Clerk